**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CERVANTES,<br><br>    Petitioner,<br><br>vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>    Respondent. | CASE NO. SA CV 11-01760 JSL (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 26, 2012

*[signature: Spencer Letts]*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE