**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ANGEL CERVANTES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>　　　　　Respondent. | ) )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. SA CV 11-01760 JSL (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of MIGUEL ANGEL CERVANTES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice

DATED: June 26, 2012

　　　　　　　　　　　　　　　　　　　　　_Spencer Letts_
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE